IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   *

    Plaintiff,   *

                                 Case Number:

vs.   *   25-cr-00071-TFM-B-4

RUBEN WILSON MERO-VERA,   *

    Defendant.   *

## WAIVER OF SPEEDY TRIAL

COMES NOW the Defendant and after consultation with counsel, does hereby waive any claims he may have under the Speedy Trial Act and acknowledges that this cause will be continued from the July term to the October trial term, 2025.

*MERO VERA RUBEN*

Ruben Wilson Mero-Vera
Defendant

Respectfully submitted,

_____
Richard E. Shields - SHI011
Attorney for Defendant

Of Counsel:
McCleave & Shields, L.L.C.
209 N. Joachim Street
Mobile, AL 36603
251.433.2001

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have on this the ___7___ day of ___July___, 2025, served a copy of the foregoing document on the following via electronic mail.

George F. May
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, AL 36602

_____
RICHARD E. SHIELDS