IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES | * |
| | *   CRIMINAL Case Number: |
| vs. | *   25-00071 |
| | * |
| RUBEN WILSON MERO-VERA, | * |
| Defendant. | * |

### SENTENCING MEMORANDUM

This Defendant and his family live in or around Jaramijo, Equador, a small town with less than 12, 000 inhabitants.  Its primary industry is fishing and his entire family are fisherman.  Mr. Mero-Vera does not own a boat and always worked for someone.  He has been a fisherman all of his life and is typically paid $1.50 per pound for fish and their typical fishing trips last 3 days before returning with their catch and estimates that his monthly income is between two and three hundred dollars.

Mr. Mero-Vera attended school for three years but his father withdrew him from school so that he could help him with fishing and to take care of his siblings.  Mr. Mero-Vera is the second youngest of his siblings having one younger sister.

Mr. Mero-Vera can read spanish but because of his lack of education is unable to write. Counsel would point to Mero-Vera's signature on his plea agreement and factual resume where it shows he is able to mimic the spelling of his name by following his name as written below the line of his signature.

Mr. Mero-Vera was the sole support of his family and his wife's primary responsibility was taking care of three grandchildren.  Since Mr. Mero-Vera's arrest, she has left their home and now

resides with an adult child and survives by washing clothes and cleaning houses. In addition, she has purchased and is raising two hogs with the ultimate goal to slaughter them for some extra income.

Mr. Mero-Vera became involved in this strictly because of the amount of money involved. He was paid $2,000.00 and promised an additional $18,000.00 once the product was delivered.

Regarding the actual event, he did not know the man who approached him but only knew they were from a neighboring larger city, Manta.

Respectfully submitted,

/s/ Richard E. Shields
Richard E. Shields - SHIER9954
Attorney for Defendant

Of Counsel:
McCleave & Shields, LLC
209 N. Joachim Street
Mobile, AL 36603
(251) 432-1656

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have on this 6th day of January, 2026, served a copy of the foregoing document on the following, by electronic notice.

George F. May
Assistant U.S. Attorney
60 South Royal Street, Suite 600
Mobile, AL 36602

/s/ Richard E. Shields
Richard E. Shields
